IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE ORTIZ RODRIGUEZ,

     Plaintiff,

v.                              CASE NO. 4:03cv63-RH/WCS

JOHN D. RYALS, et al.,

     Defendants.

_____/

## ORDER FOR PRETRIAL CONFERENCE

It appearing that this matter is ready to be set for trial,

IT IS ORDERED:

1.    By separate notice, the clerk shall set this matter for pretrial conference by telephone.

2.    At least two weeks prior to the pretrial conference, each party shall file with the clerk of the court, with a copy provided to all other parties, a list of witnesses and exhibits to be offered at trial, including rebuttal and impeachment witnesses and exhibits. No witness will be allowed to testify, and no exhibit will be admitted in evidence, unless listed in accordance with this paragraph.

SO ORDERED this 25th day of May, 2005.

                                         s/Robert L. Hinkle
                                         Chief United States District Judge