# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOSE ORTIZ RODRIGUEZ,

      Plaintiff,

v.                                    CASE NO.  4:03cv63-RH/WCS

JOHN D. RYALS, et al.,

      Defendants.

_____/

## ORDER EXTENDING DEADLINE FOR WITNESS AND EXHIBIT LISTS

By order entered May 25, 2005, the clerk was directed to schedule a pretrial conference, and the parties were directed to file witness and exhibit lists by not later than two weeks prior to the pretrial conference.  By notice dated June 14, 2005, the clerk scheduled the pretrial conference for June 27, 2005, thus seemingly making witness and exhibit lists due June 13—the day before the parties could even know the deadline.  Defendants moved for an extension of the deadline and promptly filed their witness and exhibit lists.  So that plaintiff will have a reasonable period to prepare and file his witness and exhibit lists and defendants will have a reasonable time to list additional witnesses and exhibits if they wish to do so,

IT IS ORDERED:

By separate notice, the clerk shall reschedule the pretrial conference for July 26, 2005, at 10:00 a.m.  Defendants' motion (document 45) to extend the deadline for witness and exhibit lists is GRANTED.  The deadline for witness and exhibit lists is extended to July 12, 2005.

SO ORDERED this 17th day of June, 2005.

s/Robert L. Hinkle
Chief United States District Judge